entries. The protests were sustained to this extent. Protest 57853–K, having been abandoned as to entry 66042, was overruled as to that merchandise.

**No. 50294.**—Protests 95163–K, etc., of Wm. B. Heald & Co., Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50295.**—Protests 98965–K, etc., of Baker, Carver & Morrell Ship Supplies, Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

BEFORE THE THIRD DIVISION, JUNE 23, 1945

**No. 50296.**—Protest 114522–K of Freedman & Slater, Inc. (New York).

Opinion by CLINE, J. When the case was called for trial it was submitted upon the official papers transmitted by the collector. The record showed that one package which had been detained at the public stores for examination was subsequently marked in the manner specified by the collector. The remaining seven packages, being urgently needed, were delivered without the required marking. Under the circumstances, the acting commissioner authorized that relief from liquidated damages incurred because of failure to return the merchandise for marking be granted under section 623, Tariff Act of 1930, as amended by the Customs